Argued and submitted December 17, 1979,
appeal dismissed January 14, 1980

ARNOLD,
*Appellant,*
*v.*
CANTRERAS,
*Respondent.*

(No. 191-949, CA 15089)

604 P2d 456

Robert L. Kirkman, Portland, argued the cause for appellant. With him on the brief was Warren & Kirkman, Portland.

No appearance for respondent.

Before Buttler, Presiding Judge, and Gillette and Roberts, Judges.

PER CURIAM

## PER CURIAM

Because any decision we rendered in this case would have no effect in this proceeding, the appeal is dismissed as moot.